AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sontchi, Christopher S. | Delaware - Bankruptcy Court | 10/30/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 1/1/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

824 Market Street
5th Floor
Wilmington, Delaware 19899

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Turnaround Management Association |
| 2. | Trustee | Turnaround Mnagement Association Philadelphia and Delaware Chapter |
| 3. | Adjunct Professor | Delaware Law School Widener University |
| 4. | Lecturer in Law | The University of Chicago Law School |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 10/30/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | Delaware Law School Widener University; teaching | $15,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | self-employed physician |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | INSOL International/World Bank | 06/10/2019 - 06/14/2019 | Nicosia, Cyprus | Judicial Workshop Turkish Cypriot Community | Meals, lodging and travel |
| 2. | American Bankruptcy Institute: Mid-Atlantic Conference | 08/02/2019 - 08/03/2019 | Hershet, PA | Panel member for seminar | Meals, lodging, tuition, and travel |
| 3. | George Mason University Judicial Education Program | 12/09/2019 - 12/13/2019 | Honolulu, HI | Student | Meals, lodging, tuition, and travel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 10/30/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wachovia Educaion Services | Education Loan | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WSFS Bank | A | Interest | M | T | | | | | |
| 2. DEXSTA Federal Credit Union | A | Interest | J | T | | | | | |
| 3. 529 Plan #1 | | | | | | | | | |
| 4. - John Hancock, Freedom 529 College 2013-2016 | | None | L | T | Sold (part) | 07/12/19 | K | | |
| 5. 529 Plan #2 | | | | | | | | | |
| 6. - John Hancock, Freedom 529 College 2017-2020 | | None | M | T | | | | | |
| 7. IRA #1 | | | | | | | | | |
| 8. - RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 9. - American Funds, Europacific Growth Fund | A | Dividend | K | T | | | | | |
| 10. - Metropolitan West, Total Return Bond Fund | | None | L | T | | | | | |
| 11. - ISHARES TR CORE US AGGBD ET | A | Dividend | L | T | | | | | |
| 12. - ISHARES TR MIN VOL USA ETF | A | Dividend | K | T | Sold (part) | 11/20/19 | J | | |
| 13. - ISHARES TR CORE MSCI EAFE | A | Dividend | K | T | Sold (part) | 11/20/19 | J | | |
| 14. - Vanguard Index Funds S&P 500 ETF SHS NEW | A | Dividend | K | T | | | | | |
| 15. - American Mutual Fund | A | Dividend | K | T | | | | | |
| 16. - Dodge & Cox Income Fund | A | Dividend | K | T | Sold (part) | 11/20/19 | K | | |
| 17. - Loomis Sayles Growth Fubd | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sontchi, Christopher S.** | 10/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - Parnassus Mid Cap Fund | A | Dividend | K | T | | | | | |
| 19.   - Pimco Low Duration Fund | A | Dividend | K | T | Buy<br>(add'l) | 11/20/19 | K | | |
| 20.   - PGIM High Yield Fund | A | Dividend | J | T | | | | | |
| 21.   - T. Rowe Price Small Cap Value Fund | A | Dividend | K | T | | | | | |
| 22.   - Wesrern Asset Total Return Fund | A | Dividend | J | T | | | | | |
| 23.   - Vanguard High Dividend Yield ETF | A | Dividend | K | T | Buy | 11/20/19 | K | | |
| 24.   IRA #2 | | | | | | | | | |
| 25.   - Fidelity Investments, Fidelity Overseas Fund Mutual fund | A | Dividend | J | T | | | | | |
| 26.   - RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 27.   IRA #3 | | | | | | | | | |
| 28.   - RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 29.   - American Funds, Europacific Growth Fund | A | Dividend | J | T | | | | | |
| 30.   - Metropolitan West, Total Return Bond Fund | | None | K | T | | | | | |
| 31.   - ISHARES TR CORE US AGGBD ET | A | Dividend | K | T | | | | | |
| 32.   - ISHARES TR MIN VOL USA ETF | A | Dividend | J | T | Sold<br>(part) | 11/20/19 | J | | |
| 33.   - ISHARES TR CORE MSCI EAFE | A | Dividend | J | T | Sold<br>(part) | 11/20/19 | J | | |
| 34.   - Vanguard Index Funds S&P 500 ETF SHS NEW | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 10/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - American Mutual Fund | A | Dividend | J | T | | | | | |
| 36. - Dodge & Cox Income Fund | A | Dividend | K | T | Sold (part) | 11/20/19 | J | | |
| 37. - Loomis Sayles Growth Fubd | A | Dividend | J | T | | | | | |
| 38. - Parnassus Mid Cap Fund | A | Dividend | J | T | | | | | |
| 39. - Pimco Low Duration Fund | A | Dividend | K | T | Buy (add'l) | 11/20/19 | J | | |
| 40. - PGIM High Yield Fund | A | Dividend | J | T | | | | | |
| 41. - T. Rowe Price Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 42. - Wesrern Asset Total Return Fund | A | Dividend | J | T | | | | | |
| 43. - Vanguard High Dividend Yield ETF | A | Dividend | K | T | Buy | 11/20/19 | J | | |
| 44. IRA #4 | | | | | | | | | |
| 45. - Fidelity Investments, Fidelity Overseas Fund Mutual fund | A | Dividend | J | T | | | | | |
| 46. - RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 47. 401(k) Plan #2 | | | | | | | | | |
| 48. - JH LS Grow Active Strategy Fund | A | Dividend | N | T | | | | | |
| 49. Nationwide Flexible Prem. Variable Universal Life Policy #1 | | | | | | | | | |
| 50. - NW NVIT Inv Dest Aggr II | | None | | | Sold | 06/01/19 | K | | |
| 51. Nationwide Flexible Prem. Variable Universal Life Policy #2 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sontchi, Christopher S.** | 10/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   - NW NVIT Inv Dest Aggr II | | None | | | Sold | 06/01/19 | K | | |
| 53.   Nationwide Universal Life Policy | | | | | | | | | |
| 54.   - One Year Multi-Index Monthly Average Indexed Interest Strategy | C | Int./Div. | M | T | Buy | 06/01/19 | M | | |
| 55.   - Fixed Interest Strategy | | None | J | T | Buy | 06/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sontchi, Christopher S.** | 10/30/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part I, page 1, line 1.  I resigned from this position in 2019.

2) Part VI, page 3, line 1.  The entire balance of this account was paid off in 2019.

3) Part VII, page 5, line 3 (2018 report): The entire balance in this account was withdrawn in 2007.

4) Part VII, page, 5, line 11: The entire balance of John Hancock Disciplined Value Fund was sold on October 16, 2018.

5) Part VII, page 5, line 12: The entire balance of Brown Advisory Growth Equity Fund was sold on October 15, 2018.

6) Part VII, page 5, line 14: The entire balance of Lazard Emerging Markeys Equity was sold on October 15, 2018.

7) Part VII, page 5, line 15: The entire balance of AMG SouthernSun U.S. Equity Fund was sold on September 13, 2018.

8) Part VII, page 5, line 16: The entire balance of JP Morgan Value Advantage Fund was sold on on September 13, 2018.

9) Part VII, page 6, line 17: The entire balance of Clearbridge Aggressive Growth Fund was sold on October 15, 2018.

10) Part VII, page 6, line 19: The entire balance of Victory Integrity Small Cap Value Fund was sold on October 15, 2018.

11) Part VII, page 7, line 41: The entire balance of Meridian Growth Fund was sold on October 15, 2018.

12/ Part VII, page 7, line 43: The entire balance of Nuance Mid Cap Value Fund was sold on October 15, 2018.

13) Part VII, page, 5, line 11: The entire balance of John Hancock Disciplined Value Fund was sold on October 16, 2018.

14) Part VII, page 5, line 12: The entire balance of Brown Advisory Growth Equity Fund was sold on October 15, 2018.

15) Part VII, page 5, line 14: The entire balance of Lazard Emerging Markeys Equity was sold on October 15, 2018.

16) Part VII, page 5, line 15: The entire balance of AMG SouthernSun U.S. Equity Fund was sold on September 13, 2018.

17) Part VII, page 5, line 16: The entire balance of JP Morgan Value Advantage Fund was sold on on September 13, 2018.

18) Part VII, page 6, line 17: The entire balance of Clearbridge Aggressive Growth Fund was sold on October 15, 2018.

19) Part VII, page 6, line 19: The entire balance of Victory Integrity Small Cap Value Fund was sold on October 15, 2018.

20) Part VII, page 7, line 41: The entire balance of Meridian Growth Fund was sold on October 15, 2018.

21/ Part VII, page 7, line 43: The entire balance of Nuance Mid Cap Value Fund was sold on October 15, 2018.

22) Part VII, page 6, line 49: This policy was terminated and the equity rolled over to the Universal Life Policy on line 54.

23) Part VII, page 7, line 51: This policy was terminated and the equity rolled over to the Universal Life Policy on line 54.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher S. Sontchi**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544